THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> YURI I. MONTGOMERY, </br>  aka Yuri I. Malinkovski, </br></br> Defendant. | NO. CR06-0437RSM </br></br> ORDER CONTINUING TRIAL DATE AND EXTENDING TIME FOR PRETRIAL MOTIONS |

THIS MATTER having come before the Court on the stipulated motion of the parties for an order continuing the trial date and extending the time for pretrial motions, and the Court having considered the stipulated motion of the parties, together with the balance of the records and files herein, the Court now finds and rules as follows:

The Court finds that the ends of justice served by granting the requested continuance of the trial date outweigh the best interests of the public and the defendant in a speedy trial, in that it would be unreasonable to expect adequate preparation for trial without a continuance because of the volume and complexity of discovery and the likely entrance of additional counsel in this case, and it further appearing that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial.

//
//

ORDER CONTINUING TRIAL DATE - 1
YURI I. MONTGOMERY (CR06-0437RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1    IT IS ORDERED that the trial date be continued from February 5, 2007, until April 23, 2007.

2    IT IS FURTHER ORDERED that the period of delay from the date of this Order through April 23, 2007 is excludable time pursuant to Title 18, United States Code, Section 3161(h)(8)(A), for the purpose of computing the time limitations imposed by the Speedy Trial Act, Title 18, United States Code, Sections 3161 through 3164.

3    IT IS FURTHER ORDERED that the parties shall file any pretrial motions by March 12, 2007.

DATED this 21st day of December, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

 s/Carl Blackstone
CARL BLACKSTONE
Assistant United States Attorney

 s/Jay I. Bratt
JAY I. BRATT
Special Assistant United States Attorney

s/John J. Meske
JOHN J. MESKE
Attorney for Yuri I. Montgomery

ORDER CONTINUING TRIAL DATE - 2
YURI I. MONTGOMERY (CR06-0437RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970