The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-00437 RSM |
| v. | ORDER PERMITTING TRAVEL |
| YURI MONTGOMERY, | |
| Defendant. | |

THE COURT has reviewed the Defendant Yuri Montgomery's Unopposed Motion for an Order Permitting Travel.

IT IS HEREBY ORDERED that Mr. Yuri Montgomery shall be permitted to travel from Seattle, Washington to Skopje, Macedonia and return, leaving Seattle on or about October 3, 2007 and returning on or about October 26, 2007.

IT IS FURTHERED ORDERED that Pretrial Services and the Clerk of the Court shall provide Mr. Montgomery with both his United States and Macedonian passports to effectuate this travel.

IT IS FURTHER ORDERED that Mr. Montgomery shall comply with all other travel conditions Pretrial Services requires.

DATED this 26th day of September 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

DEFENDANT MONTGOMERY'S UNOPPOSED MOTION
FOR PERMISSION TO TRAVEL
Cause No. CR 06-00437 RSM
Page 1 of 1

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501